UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RUSSELL HEWITT | CIVIL ACTION NO. 06-1697-LC |
| VS. | SECTION P |
| ROBERT HENDERSON, ET AL. | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

### ORDER

      Pro se plaintiff Russell Hewitt, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 on September 29, 2006, alleging that he and inmates Raymond Huddleston, Travis B. Lewis, Mark Leach, David Copper, Deonte Brown, William Davis, and Perry Chopin[1] have been subjected to unconstitutional conditions of confinement in violation of their constitutional rights. Plaintiff is currently incarcerated at the C. Paul Phelps Correctional Center (CPP) in DeQuincy, Louisiana. Because the substance of the plaintiff's claims are factually similar to those which were filed by the above named inmates, it is appropriate to consolidate those claims with the instant complaint.

      More specifically, all of the actions assert the same constitutional violations and allegations of misconduct against officials at C. Paul Phelps Correctional Center. Because both cases name the same defendants and arise out of the same set of facts, and because all defendants requested that their claims be joined with defendant Hewitt's claims, the aforementioned suits,

---

[1] Only plaintiff Hewitt signed the original petition in this matter [Doc. 1-1]. An amended petition [Doc. 5-1] was filed on November 29, 2006, which had the signatures of all of the plaintiffs. The amended petition contained a request for class certification. However, subsequent to the filing of the original suit by Hewitt, each of the above named inmates filed separate lawsuits wherein they asked to proceed as a class along with Hewitt. See, *Huddleston v. Henderson, et al,* 06-2268; *Lewis v. Henderson, et al,* 06-2272; *Leach v. Henderson, et al,* 06-2265; *Cooper v. Henderson, et al,* 06-2264; *Brown v. Henderson, et al,* 06-2271; *Chopin v. Henderson, et al,* 06-2267; and, *Davis v. Henderson, et al,* 06-2143 (Dismissed on motion by the plaintiff [Doc. 6] ).

namely *Huddleston v. Henderson, et al,* 06-2268; *Lewis v. Henderson, et al,* 06-2272; *Leach v. Henderson, et al,* 06-2265; *Cooper v. Henderson, et al,* 06-2264; *Brown v. Henderson, et al,* 06-2271; and, *Chopin v. Henderson, et al,* 06-2267, should be consolidated with the above captioned suit: *Hewitt v. Henderson, et al,* 06-1697.

**WHEREAS**, the above referenced matters are currently pending in the Western District of Louisiana;

**WHEREAS,** the defendants in the consolidated cases are the same;

**WHEREAS**, these suits arise out of the same incidents and actions as the suit to which they are being consolidated, and the suits also involve common issues of law and fact;

**WHEREAS**, the ends of justice will best be served by the consolidation of these cases with *Hewitt v. Henderson, et al,* 2:06-1697;

**Accordingly,**

**IT IS ORDERED** that the Clerk of Court consolidate the following cases: *Huddleston v. Henderson, et al,* 06-2268; *Lewis v. Henderson, et al,* 06-2272; *Leach v. Henderson, et al,* 06-2265; *Cooper v. Henderson, et al,* 06-2264; *Brown v. Henderson, et al,* 06-2271; and, *Chopin v. Henderson, et al,* 06-2267, under docket number 2:06 cv 1697.

**Failure of the plaintiffs to keep the court apprised of an address change may result in dismissal of this action under Uniform Local Rule 41.3 of the Uniform Local Rules of Court for the District Courts in Louisiana.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, April 16, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE