RECEIVED
IN LAKE CHARLES, LA

JUL 16 2007



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| RUSSELL HEWITT, ET AL | CIVIL ACTION NO. 06-1697 (LEAD) CONSOLIDATED WITH: 06-2264; 06-2265; 06-2267; 06-2268; 06-2271; and, 06-2272 |
| VS. | |
| ROBERT HENDERSON, ET AL. | SECTION P |
| | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that plaintiffs' civil rights action is **DISMISSED WITH PREJUDICE**, *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 12 day of July, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE